IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Lawrence Walsh and Carolyn Walsh,

Debtors

Case Number 5:20-bk-02039-MJC
Chapter 13

## WITHDRAWAL OF APPEARANCE AND ENTRY OF APPEARANCE AS COUNSEL FOR DEBTOR

Attorney Colleen Marie Metroka, counsel for the above-named Debtor in the above-captioned case, hereby withdraws as counsel for the Debtor.

Dated: 05/05/2023

*Colleen M. Metroka*

Colleen Marie Metroka, Esquire
93 Liberty Street
Hanover Township, PA 18706-1726

Please enter the appearance of Lisa M. Doran, Esquire of the law firm of Doran & Doran, P.C. as counsel to the Debtor in the above captioned bankruptcy case.

Respectfully submitted,

Dated: 05/05/2023

*Lisa M. Doran*

Lisa M. Doran, Esquire – ID #58879
Doran & Doran, P.C.
Attorney for the Debtor
69 Public Square, Ste 700
Wilkes Barre, PA 18701
570 823-9111   fax 570 829-3222