# In the United States Bankruptcy Court
# for the Middle District of Pennsylvania

In Re:                                          Chapter 13

Lawrence A. Walsh and Carolyn I. Walsh,     Case No. 5:20-bk – 02039-MJC

          Debtors

## Chapter 13 Debtor's Certifications Regarding Domestic Support Obligations and § 522(q)
*(If a joint petition is filed, each spouse must complete and file a separate certification)*

*Part I. Certification Regarding Domestic Support obligations (check no more than one)*

    Pursuant to 11 U.S.C. § 1328(a), I certify that:

    ☑ I owed no domestic support obligation when I filed by bankruptcy petition, and I have not been required to pay any such obligation since then.

    ___ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my Chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

    My current address is: _____

    My current employer and my employer's address: _____

*Part III. Certification Regarding § 522(q) (check no more than one)*

    Pursuant to 11 U.S.C. § 1328(h), I certify that:

    ☑ I have not claimed an exemption pursuant to § 522(b)(3) and state or local (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) the exceeds $189,050* in value in the aggregate.

    ___ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

*Part IV. Debtor's Signature*

    I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on   10/24/2024              By: *Lawrence A. Walsh*
              Date                                Debtor – Lawrence A. Walsh

\* Amounts are subject to adjustment on 4/10/25 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

# In the United States Bankruptcy Court
# for the Middle District of Pennsylvania

In Re: : Chapter 13

Lawrence A. Walsh and Carolyn I. Walsh, : Case No. 5:20-bk – 02039-MJC

    Debtors :

**Chapter 13 Debtor's Certifications Regarding Domestic Support Obligations and § 522(q)**
*(If a joint petition is filed, each spouse must complete and file a separate certification)*

*Part I. Certification Regarding Domestic Support obligations (check no more than one)*

Pursuant to 11 U.S.C. § 1328(a), I certify that:

☑ I owed no domestic support obligation when I filed by bankruptcy petition, and I have not been required to pay any such obligation since then.

___ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my Chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address is: _____

My current employer and my employer's address: _____

*Part III. Certification Regarding § 522(q) (check no more than one)*

Pursuant to 11 U.S.C. § 1328(h), I certify that:

☑ I have not claimed an exemption pursuant to § 522(b)(3) and state or local (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) the exceeds $189,050* in value in the aggregate.

___ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on    10/24/2024          By: *Carolyn I. Walsh*
            Date                         Debtor – Carolyn I. Walsh

\* Amounts are subject to adjustment on 4/10/25 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.