United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 20-02039-MJC
Lawrence Angelo Walsh  Chapter 13
Carolyn Irene Walsh
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Oct 25, 2024      Form ID: 3180W      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lawrence Angelo Walsh, Carolyn Irene Walsh, 406 4th Avenue, Scranton, PA 18505-1029 |
| 5341351 | + | Admirals, 815 Reservoir, Cranston, RI 02910-4442 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: BANKAMER | Oct 25 2024 22:35:00 | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | + | EDI: PRA.COM | Oct 25 2024 22:35:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5345789 | | Email/PDF: bncnotices@becket-lee.com | Oct 25 2024 18:45:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5341352 | + | Email/PDF: bncnotices@becket-lee.com | Oct 25 2024 18:44:52 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5353590 | | EDI: BANKAMER | Oct 25 2024 22:35:00 | Bank Of America, N.A., Bank Of America, PO Box 31785, Tampa, FL, 33631-3785 |
| 5341353 | + | EDI: BANKAMER | Oct 25 2024 22:35:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5341354 | + | EDI: BANKAMER | Oct 25 2024 22:35:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 5353284 | + | EDI: BANKAMER2 | Oct 25 2024 22:35:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5341356 | + | EDI: TSYS2 | Oct 25 2024 22:35:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5341361 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 25 2024 18:32:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Drive, Riverside, RI 02940 |
| 5342677 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 25 2024 18:32:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 5341357 | + | EDI: CAPITALONE.COM | Oct 25 2024 22:35:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5341358 | | EDI: CAPITALONE.COM | Oct 25 2024 22:35:00 | Capital One Bank USA, PO Box 71083, Charkette, NC 28272-1083 |
| 5341359 | + | EDI: CITICORP | Oct 25 2024 22:35:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5357260 | | EDI: CITICORP | Oct 25 2024 22:35:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | SD 57108-5027 |
| 5341360 | + | EDI: CITICORP | Oct 25 2024 22:35:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5341362 | + | EDI: DISCOVER | Oct 25 2024 22:35:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5341363 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 25 2024 18:32:00 | First National Bank of Omaha, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103 |
| 5341364 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 25 2024 18:32:00 | Fnb Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 5358314 | | EDI: AIS.COM | Oct 25 2024 22:35:00 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, PO Box 4457, Houston, TX 77210-4457 |
| 5341365 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 25 2024 18:32:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 5356008 | | EDI: PRA.COM | Oct 25 2024 22:35:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5341534 | ^ | MEBN | Oct 25 2024 18:31:47 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5341366 | + | EDI: SYNC | Oct 25 2024 22:35:00 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5341367 | + | EDI: SYNC | Oct 25 2024 22:35:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po B 965064, Orkando, FL 32896-5064 |
| 5341368 | + | EDI: SYNC | Oct 25 2024 22:35:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5341369 | + | EDI: SYNC | Oct 25 2024 22:35:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5341370 | + | EDI: WFFC2 | Oct 25 2024 22:35:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 5349650 | | EDI: WFFC2 | Oct 25 2024 22:35:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| 5341355 | *+ | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 27, 2024          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Lisa M. Doran | on behalf of Debtor 1 Lawrence Angelo Walsh ldoran@dorananddoran.com  LDoran@jubileebk.net |
| Lisa M. Doran | on behalf of Debtor 2 Carolyn Irene Walsh ldoran@dorananddoran.com  LDoran@jubileebk.net |
| Mario J. Hanyon | on behalf of Creditor BANK OF AMERICA  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor BANK OF AMERICA  N.A. ecfmail@mwc-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Lawrence Angelo Walsh<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–7857<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) | Carolyn Irene Walsh<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–5600<br>EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:20–bk–02039–MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lawrence Angelo Walsh
aka Lawrence A. Walsh, aka Lawrence Angelo Walsh Jr.

Carolyn Irene Walsh
aka Carolyn I. Walsh

**By the court:**

10/25/24

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**