UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re: Lawrence Angelo Walsh
Carolyn Irene Walsh

Case No.: 5-20-02039 MJC

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Bank of America |
| Court Claim Number: | 05 |
| Last Four of Loan Number: | 0893 |
| Property Address if applicable: | 406 4th Ave |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $64.12 |
| b. | Prepetition arrearages paid by the trustee: | $64.12 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $64.12 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage was paid through the Trustee from August 2020 to October 2024

| | |
|---|---|
| Current monthly mortgage payment: | $1,149.01 |
| The next post-petition payment was due on: | November 2024 |

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the

default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: October 31, 2024                                       Respectfully submitted,


/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Lawrence Angelo Walsh
    Carolyn Irene Walsh

                                 Case No.: 5-20-02039 MJC

                                 Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 31, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Lisa M Doran, Esquire
69 Public Square Suite 700
Wilkes Barre  PA 18701

**Served by First Class Mail**
Bank of America
PO Box 31785
Tampa FL 33631-3785


Lawrence Angelo Walsh
Carolyn Irene Walsh
406 4th Ave
Scranton PA 18505


I certify under penalty of perjury that the foregoing is true and correct.


Date: October 31, 2024                        /s/  Liz Joyce
                                                  Office of the Standing Chapter 13 Trustee
                                                  Jack N. Zaharopoulos
                                                  Suite A, 8125 Adams Dr.
                                                  Hummelstown, PA  17036
                                                  Phone:  (717) 566-6097
                                                  email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 20-02039    **LAWRENCE ANGELO WALSH**

**BANK OF AMERICA, N.A.**
PO BOX 660933

DALLAS, TX  75266-0933

Acct No: 0893

Sequence: 07
Modify:
Filed Date:
Hold Code:

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Amt Sched: | $0.00 | Debt: | $58,092.91 | Interest Paid: | $0.00 |
|  |  |  |  | Accrued Int: | $0.00 |
| Amt Due: | $1,149.01 | Paid: | $58,092.91 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5010** | **BANK OF AMERICA, N.A.** | | | | | | | |
| 501-0 | BANK OF AMERICA, N.A. | | 10/23/2024 | 2040694 | $1,149.01 | $0.00 | $1,149.01 | |
| | | | | | | | Payment for 10/2024 | |
| 501-0 | BANK OF AMERICA, N.A. | | 09/17/2024 | 2039681 | $1,149.01 | $0.00 | $1,149.01 | 09/24/2024 |
| | | | | | | | Payment for 9/2024 | |
| 501-0 | BANK OF AMERICA, N.A. | | 08/07/2024 | 2038752 | $1,149.01 | $0.00 | $1,149.01 | 08/14/2024 |
| | | | | | | | Payment for 8/2024 | |
| 501-0 | BANK OF AMERICA, N.A. | | 07/10/2024 | 2037915 | $1,153.14 | $0.00 | $1,153.14 | 07/19/2024 |
| | | | | | | | Payment for 7/2024 | |
| 501-0 | BANK OF AMERICA, N.A. | | 06/18/2024 | 2037040 | $1,153.14 | $0.00 | $1,153.14 | 06/26/2024 |
| | | | | | | | Payment for 6/2024 | |
| 501-0 | BANK OF AMERICA, N.A. | | 05/22/2024 | 2036069 | $1,153.14 | $0.00 | $1,153.14 | 05/29/2024 |
| | | | | | | | Payment for 5/2024 | |
| 501-0 | BANK OF AMERICA, N.A. | | 04/17/2024 | 2035071 | $1,153.14 | $0.00 | $1,153.14 | 04/25/2024 |
| | | | | | | | Payment for 4/2024 | |
| 501-0 | BANK OF AMERICA, N.A. | | 03/14/2024 | 2034116 | $1,153.14 | $0.00 | $1,153.14 | 03/25/2024 |
| | | | | | | | Payment for 3/2024 | |
| 501-0 | BANK OF AMERICA, N.A. | | 02/14/2024 | 2033163 | $1,153.14 | $0.00 | $1,153.14 | 02/22/2024 |
| | | | | | | | Payment for 2/2024 | |
| 501-0 | BANK OF AMERICA, N.A. | | 01/12/2024 | 2032274 | $1,153.14 | $0.00 | $1,153.14 | 01/18/2024 |
| | | | | | | | Payment for 1/2024 | |
| 501-0 | BANK OF AMERICA, N.A. | | 12/19/2023 | 2031325 | $1,153.14 | $0.00 | $1,153.14 | 12/27/2023 |
| | | | | | | | Payment for 12/2023 | |
| 501-0 | BANK OF AMERICA, N.A. | | 11/15/2023 | 2030389 | $1,135.49 | $0.00 | $1,135.49 | 11/22/2023 |
| | | | | | | | Payment for 11/2023 | |
| 501-0 | BANK OF AMERICA, N.A. | | 10/18/2023 | 2029432 | $1,135.49 | $0.00 | $1,135.49 | 10/25/2023 |
| | | | | | | | Payment for 10/2023 | |
| 501-0 | BANK OF AMERICA, N.A. | | 09/19/2023 | 2028411 | $1,135.49 | $0.00 | $1,135.49 | 09/27/2023 |
| | | | | | | | Payment for 9/2023 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| 501-0 | BANK OF AMERICA, N.A. | | 08/09/2023 | 2027406 | $1,135.49 | $0.00 | $1,135.49 | 08/16/2023 |
| | | | | | Payment for 8/2023 | | | |
| 501-0 | BANK OF AMERICA, N.A. | | 07/11/2023 | 2026471 | $1,135.49 | $0.00 | $1,135.49 | 07/19/2023 |
| | | | | | Payment for 7/2023 | | | |
| 501-0 | BANK OF AMERICA, N.A. | | 06/13/2023 | 2025564 | $1,135.49 | $0.00 | $1,135.49 | 06/22/2023 |
| | | | | | Payment for 6/2023 | | | |
| 501-0 | BANK OF AMERICA, N.A. | | 05/16/2023 | 2024575 | $1,135.49 | $0.00 | $1,135.49 | 06/01/2023 |
| | | | | | Payment for 5/2023 | | | |
| 501-0 | BANK OF AMERICA, N.A. | | 04/18/2023 | 2023528 | $1,135.49 | $0.00 | $1,135.49 | 04/27/2023 |
| | | | | | Payment for 4/2023 | | | |
| 501-0 | BANK OF AMERICA, N.A. | | 03/15/2023 | 2022543 | $1,135.49 | $0.00 | $1,135.49 | 03/22/2023 |
| | | | | | Payment for 3/2023 | | | |
| 501-0 | BANK OF AMERICA, N.A. | | 02/15/2023 | 2021530 | $1,135.49 | $0.00 | $1,135.49 | 02/23/2023 |
| | | | | | Payment for 2/2023 | | | |
| 501-0 | BANK OF AMERICA, N.A. | | 01/18/2023 | 2020527 | $1,135.49 | $0.00 | $1,135.49 | 01/25/2023 |
| | | | | | Payment for 1/2023 | | | |
| 501-0 | BANK OF AMERICA, N.A. | | 12/13/2022 | 2019558 | $1,135.49 | $0.00 | $1,135.49 | 12/19/2022 |
| | | | | | Payment for 12/2022 | | | |
| 501-0 | BANK OF AMERICA, N.A. | | 11/16/2022 | 2018582 | $1,176.28 | $0.00 | $1,176.28 | 12/07/2022 |
| | | | | | Payment for 11/2022 | | | |
| 501-0 | BANK OF AMERICA, N.A. | | 10/18/2022 | 2017518 | $1,176.28 | $0.00 | $1,176.28 | 10/25/2022 |
| | | | | | Payment for 9/2022 | | | |
| 501-0 | BANK OF AMERICA, N.A. | | 10/18/2022 | 2017518 | $1,176.28 | $0.00 | $1,176.28 | 10/25/2022 |
| | | | | | Payment for 10/2022 | | | |
| 501-0 | BANK OF AMERICA, N.A. | | 08/17/2022 | 2015417 | $1,176.28 | $0.00 | $1,176.28 | 08/24/2022 |
| | | | | | Payment for 7/2022 | | | |
| 501-0 | BANK OF AMERICA, N.A. | | 08/17/2022 | 2015417 | $1,176.28 | $0.00 | $1,176.28 | 08/24/2022 |
| | | | | | Payment for 8/2022 | | | |
| 501-0 | BANK OF AMERICA, N.A. | V | 08/10/2022 | 2011311 | ($1,176.28) | $0.00 | ($1,176.28) | 08/10/2022 |
| 501-0 | BANK OF AMERICA, N.A. | | 07/13/2022 | 2014394 | $1,176.28 | $0.00 | $1,176.28 | 07/21/2022 |
| | | | | | Payment for 7/2022 | | | |
| 501-0 | BANK OF AMERICA, N.A. | | 06/14/2022 | 2013438 | $1,176.28 | $0.00 | $1,176.28 | 06/22/2022 |
| | | | | | Payment for 6/2022 | | | |
| 501-0 | BANK OF AMERICA, N.A. | | 05/17/2022 | 2012354 | $1,176.28 | $0.00 | $1,176.28 | 05/24/2022 |
| | | | | | Payment for 5/2022 | | | |
| 501-0 | BANK OF AMERICA, N.A. | | 04/12/2022 | 2011311 | $1,176.28 | $0.00 | $1,176.28 | 08/10/2022 |
| | | | | | Payment for 4/2022 | | | |
| 501-0 | BANK OF AMERICA, N.A. | | 03/16/2022 | 2010284 | $1,176.28 | $0.00 | $1,176.28 | 03/22/2022 |
| | | | | | Payment for 3/2022 | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| 501-0 | BANK OF AMERICA, N.A. | | 02/16/2022 | 2009326 | $1,176.28 | $0.00 | $1,176.28 | 02/23/2022 |
| | | | | | | | | Payment for 2/2022 |
| 501-0 | BANK OF AMERICA, N.A. | | 01/19/2022 | 2008310 | $1,176.28 | $0.00 | $1,176.28 | 01/26/2022 |
| | | | | | | | | Payment for 1/2022 |
| 501-0 | BANK OF AMERICA, N.A. | | 12/15/2021 | 2007289 | $1,176.28 | $0.00 | $1,176.28 | 12/21/2021 |
| | | | | | | | | Payment for 12/2021 |
| 501-0 | BANK OF AMERICA, N.A. | | 11/16/2021 | 2006266 | $1,104.97 | $0.00 | $1,104.97 | 11/23/2021 |
| | | | | | | | | Payment for 11/2021 |
| 501-0 | BANK OF AMERICA, N.A. | | 10/14/2021 | 2005210 | $1,104.97 | $0.00 | $1,104.97 | 10/20/2021 |
| | | | | | | | | Payment for 10/2021 |
| 501-0 | BANK OF AMERICA, N.A. | | 09/14/2021 | 2004225 | $1,104.97 | $0.00 | $1,104.97 | 10/04/2021 |
| | | | | | | | | Payment for 9/2021 |
| 501-0 | BANK OF AMERICA, N.A. | | 08/18/2021 | 2003153 | $1,104.97 | $0.00 | $1,104.97 | 08/25/2021 |
| | | | | | | | | Payment for 8/2021 |
| 501-0 | BANK OF AMERICA, N.A. | | 07/14/2021 | 2002132 | $1,104.97 | $0.00 | $1,104.97 | 07/20/2021 |
| | | | | | | | | Payment for 7/2021 |
| 501-0 | BANK OF AMERICA, N.A. | | 06/16/2021 | 2001159 | $1,104.97 | $0.00 | $1,104.97 | 06/22/2021 |
| | | | | | | | | Payment for 6/2021 |
| 501-0 | BANK OF AMERICA, N.A. | | 05/18/2021 | 2000124 | $1,104.97 | $0.00 | $1,104.97 | 05/26/2021 |
| | | | | | | | | Payment for 5/2021 |
| 501-0 | BANK OF AMERICA, N.A. | | 04/15/2021 | 1228768 | $1,104.97 | $0.00 | $1,104.97 | 04/23/2021 |
| | | | | | | | | Payment for 4/2021 |
| 501-0 | BANK OF AMERICA, N.A. | | 03/17/2021 | 1227739 | $1,104.97 | $0.00 | $1,104.97 | 03/23/2021 |
| | | | | | | | | Payment for 3/2021 |
| 501-0 | BANK OF AMERICA, N.A. | | 02/17/2021 | 1226720 | $1,104.97 | $0.00 | $1,104.97 | 02/25/2021 |
| | | | | | | | | Payment for 2/2021 |
| 501-0 | BANK OF AMERICA, N.A. | | 01/19/2021 | 1225716 | $1,104.97 | $0.00 | $1,104.97 | 01/28/2021 |
| | | | | | | | | Payment for 1/2021 |
| 501-0 | BANK OF AMERICA, N.A. | | 12/10/2020 | 1223912 | $1,104.97 | $0.00 | $1,104.97 | 12/16/2020 |
| | | | | | | | | Payment for 12/2020 |
| 501-0 | BANK OF AMERICA, N.A. | | 11/03/2020 | 1223085 | $1,104.97 | $0.00 | $1,104.97 | 11/12/2020 |
| | | | | | | | | Payment for 11/2020 |
| 501-0 | BANK OF AMERICA, N.A. | | 10/15/2020 | 1222178 | $1,104.97 | $0.00 | $1,104.97 | 10/21/2020 |
| | | | | | | | | Payment for 10/2020 |
| 501-0 | BANK OF AMERICA, N.A. | | 10/15/2020 | 1222178 | $1,104.97 | $0.00 | $1,104.97 | 10/21/2020 |
| | | | | | | | | Payment for 9/2020 |
| 501-0 | BANK OF AMERICA, N.A. | | 09/17/2020 | 1221125 | $1,104.97 | $0.00 | $1,104.97 | 09/25/2020 |
| | | | | | | | | Payment for 8/2020 |
| | | | | Sub-totals: | $58,092.91 | $0.00 | $58,092.91 | |
| | | | | Grand Total: | $58,092.91 | $0.00 | | |

# Disbursements for Claim

Case: 20-02039    LAWRENCE ANGELO WALSH

BANK OF AMERICA  
PO BOX 660933  

DALLAS, TX  75266-0933  

Acct No: 0893/PRE ARREARS/406 4TH

Sequence: 24  
Modify:  
Filed Date: 8/24/2020 12:00:00AM  
Hold Code:

| | | | Debt: | $64.12 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|
| Amt Sched: | | $124,489.00 | | | Accrued Int: | $0.00 |
| Amt Due: | | $0.00 | Paid: | $64.12 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5200** | **BANK OF AMERICA** | | | | | | | |
| 520-0 | BANK OF AMERICA | | 11/03/2020 | 1223083 | $64.12 | $0.00 | $64.12 | 11/12/2020 |
| | | | | Sub-totals: | $64.12 | $0.00 | $64.12 | |
| | | | | Grand Total: | $64.12 | $0.00 | | |