Form 4100R – Cure Response Form Page 1

**Fill in this information to identify the case:**

Debtor 1: Lawrence Angelo Walsh  aka Lawrence A. Walsh aka Lawrence Angelo Walsh, Jr

Debtor 2 (Spouse, if filing): Carolyn Irene Walsh  aka Carolyn I. Walsh

United States Bankruptcy Court for the: Middle  District of PENNSYLVANIA (State)

Case number 20-02039

# Form 4100R
## Response to Notice of Final Cure payment  10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

Name of creditor: BANK OF AMERICA, N.A.

Court claim no. (if known): 5-1

Last 4 digits of any number you use to identify the debtor's account: 0 8 9 3

Property Address: 406  4TH AVE
Number    Street

SCRANTON    PA    18505-1029
City        State  ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 12/01/2024
MM/DD/YYYY

☐ Creditor states that the debtors(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:  (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b) $ _____

c. **Total.** Add lines a and b.  (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: _____
MM/DD/YYYY

# Form 4100R – Cure Response Form Page 2

Debtor 1  **Lawrence Angelo Walsh** aka Lawrence A. Walsh aka Lawrence Angelo Walsh, Jr
First Name    Middle Name    Last Name

Case number *(if known)* **20-02039**

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ **/s/ Marisa Myers Cohen**
Signature

Date **11/11/24**

Print **Marisa Myers Cohen**
First Name    Middle Name    Last Name

Title **Attorney for creditor**

Company **McCabe, Weisberg & Conway, LLC**

**If different from the notice address listed on the proof of claim to which this response applies:**

Address **1420 Walnut Street, Suite 1501**
Number    Street

**Philadelphia, PA 19102**
City    State    Zip Code

Contact phone **(215) 790 - 1010**

Email **ecfmail@mwc-law.com**

| | |
|---|---|
| In re: Lawrence Angelo Walsh aka Lawrence A. Walsh aka Lawrence Angelo Walsh, Jr. and Carolyn Irene Walsh aka Carolyn I. Walsh<br>Debtor(s)<br>BANK OF AMERICA, N.A., or its Successor or Assignee<br>Movant<br><br>vs.<br><br>Lawrence Angelo Walsh aka Lawrence A. Walsh aka Lawrence Angelo Walsh, Jr. and Carolyn Irene Walsh aka Carolyn I. Walsh<br>Jack N Zaharopoulos<br>Respondent(s) | Chapter 13<br><br>Bankruptcy No. 20-02039 |

## CERTIFICATION OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

I, Marisa Myers Cohen, attorney for BANK OF AMERICA, N.A., hereby certify that I served a true and correct copy of the foregoing Response to Notice of Final Cure Payment, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following: Date Served: 11/11/24

| | | |
|---|---|---|
| Carolyn Irene Walsh aka Carolyn I. Walsh<br>406 4th Avenue<br>Scranton, PA 18505<br><br>Lawrence Angelo Walsh aka Lawrence A. Walsh aka Lawrence Angelo Walsh, Jr.<br>406 4th Avenue<br>Scranton, PA 18505 | Lisa M. Doran<br>Doran & Doran, P.C.<br>69 Public Square, Suite 700<br>Wilkes-Barre, PA 18701<br>Attorney for Debtors<br><br>Asst. U.S. Trustee<br>United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102 | Jack N Zaharopoulos<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, Pennsylvania 17036<br>Trustee |

/s/ Marisa Myers Cohen
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for BANK OF AMERICA, N.A.
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274

Email: ecfmail@mwc-law.com